IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PITT, | : |
|       Petitioner, | : |
|     v. | :    No. 2:21-cv-0834 |
| | : |
| BERNADETTE MASON, *et al.*, | : |
|       Respondents. | : |

**O R D E R**

**AND NOW**, this 16th day of June, 2022, after de novo review of Petitioner's petition for writ of habeas corpus, ECF No. 2; and upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Elizabeth T. Hey, ECF No. 10, and Petitioner's objections to the R&R, ECF No. 13, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 10, is **APPROVED** and **ADOPTED**;

2. The objections, ECF No. 13, to the Report and Recommendation are **OVERRULED**;[1]

3. The petition for writ of habeas corpus, ECF No. 2, is **DISMISSED with prejudice**;

4. There is no basis to issue a certificate of appealability; and

5. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This Court is "not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b)." *Hill v. Barnacle*, 655 F. App'x 142, 147 (3d Cir. 2016).